## Case No. 4,947.

### FORSHAY v. DU FAIS.

[N. Y. Times, Jan. 29, 1855.]

District Court, S. D. New York. Jan. 26, 1855.

Benedict, Scoville & Benedict, for libelant.
Bowdoin, Barlow & Larocque, for respondent.

Before INGERSOLL, District Judge.

Judge INGERSOLL said that even if such a usage were proved, it would not alter this case, as the testimony was that this cargo had been sold before the arrival of the vessel; and that after a vessel had arrived in a proper place, and was ready to discharge, and notice was given of such readiness, and no objection made by the consignee, it would not follow, from such a usage, that where a consignee did then delay the vessel, he was not bound to pay a demurrage. A decree was accordingly rendered that the libelant recover demurrage for six days' detention, with a reference to a commissioner to ascertain and compute the amount.